UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| PAUL SANS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:12-cr-00030-GZS |
| ) | 2:14-cv-00062 GZS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 11, 2015, his Recommended Decision (ECF No. 146). Petitioner filed his Objection to the Recommended Decision (ECF No. 151) on May 26, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Petitioner's Motion for Habeas Relief under 28 U.S.C. §2255 is **DENIED**;

3. It is hereby **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).            .

/s/George Z. Singal_____
U.S. District Judge

Dated this 17th day of June, 2015.